UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

APPEAL NUMBER: 13-11620-C

D.C. CASE NO.: 9:12-cv-80480-KAM

John Pinson, *pro se*

    Plaintiff-Appellant,

v.

Monarch Recovery Mmgt. Inc.

    Defendant-Appellees.
_____/

## NOTICE OF DISMISSAL OF APPEAL

Having amicably resolved all matters in controversy, pursuant to Federal Rules of Appellant Procedure 42(b), Plaintiff-Appellant, John Pinson, hereby voluntarily dismisses this Appeal with Prejudice, with each party to bear its own attorney's fees and costs.

Respectfully Submitted,

_____ May 2, 2013
John Pinson
526 Westwood Road
West Palm Beach, FL 33401
Tel.: 561-329-2524
Email: john@pinson.com

Notice of Dismissal of Appeal - Page **1** of **2**

## CERTIFICATE OF SERVICE

    The true and correct copy of the foregoing document is being served upon the below named parties via first class U.S. mail.

Signed May 2, 2013

*John Pinson*

Craig S. Hudson
Marshall, Dennehey, Warner
100 Northeast Third Ave., Ste 1100
Ft. Lauderdale, FL 33301

Counsel of Record for the Defendants
MONARCH RECOVERY MANAGEMENT,
INC. a/k/a ACADEMY COLLECTION
SERVICE INC

UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

APPEAL NUMBER: 13-11620-C

D.C. CASE NO.: 9:12-cv-80480-KAM

John Pinson, *pro se*

    Plaintiff-Appellant,

vs.

Monarch Recovery Mmgt. Inc.

    Defendant-Appellee.
_____/

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff-Appellant, John Pinson, and hereby informs the Court that a settlement of the present matter has been reached between Plaintiff-Appellant, John Pinson and the Defendant-Appellee in this cause of action. The parties have concluded a settlement agreement, and a Dismissal with Prejudice will be filed by the Plaintiff-Appellant.

Respectfully Submitted,

_____  May 2, 2013
John Pinson
526 Westwood Road
West Palm Beach, FL
33401
Tel.: 561-329-2524
Email: john@pinson.com

## CERTIFICATE OF SERVICE

    The true and correct copy of the foregoing document is being served upon the below named parties via first class U.S. mail.

Signed May 2, 2013

_/s/ John Pinson_

Craig S. Hudson
Marshall, Dennehey, Warner
100 Northeast Third Ave., Ste 1100
Ft. Lauderdale, FL 33301

Counsel of Record for the Defendants
MONARCH RECOVERY MANAGEMENT,
INC. a/k/a ACADEMY COLLECTION
SERVICE INC